No. 02–6090. ORTEGA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6093. NELSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6094. DOUGHERTY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6096. MARTINEZ-DANIELS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6100. CHAGULA CARRILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6102. WRIGHT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6103. GREEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6104. GARCIA-FREGOSO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6109. POLANCO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6113. BURKE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6117. FEURTADO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6118. GARCIA-FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6119. FERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6126. LOPEZ-VILLAGOMEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6127. PEATO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6128. DIAZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.